IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Antonio F. Walker #207188
_____  )
Full name and prison number        )
of plaintiff(s)                    )
                                   )
v.                                 )   CIVIL ACTION NO. 2:06CV896-WKW
                                   )   (To be supplied by Clerk of
Officer:(Sgt.) Mark Ioman, CO II.  )   U.S. District Court)
                                   )
Officer: Lt. Rogers, COS I.        )
                                   )
Officer:(Sgt.) C. Jenkins, CO II.  )
                                   )
Officer:(Capt.) W. J. Moore        )
_____  )
                                   )
                                   )
Name of person(s) who violated     )
your constitutional rights.        )
(List the names of all the         )
persons.)                          )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?   YES (   )   NO (   )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?   YES (   )   NO (   )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below. (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____

               _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Kilby Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED
Elmore Correctional Center

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sergent Mark Loman, COII. | Elmore Correctional. C. |
| 2. | Officer Rogers, COSI. | Elmore Correctional. C. |
| 3. | Sergent C.T. Jenkins, COII | Staton Correctional. C. |
| 4. | Captain W.T. Moore | Elmore Correctional. C. |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
September 3rd 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Violation of Due Process requirements

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

At 7:12 p.m. 9/5/06 Disciplinary hearing held by hearing officer C.T. Jenkins. At Staton healthcare apon plaintiff (Antonio Walker). Hearing officer C.T. Jenkins of Staton C.C. violated plaintiffs Due Process by Not permitting him to prepare and submit to the hearing Officer (C.T. Jenkins), Prior to the hearing, Pertinent written Questions to be asked of Witnesses at the hearing.

GROUND TWO: Violation of procedures before, during, and after hearing (see Attached page #1) Administration Reg. 403, III. V. IV

SUPPORTING FACTS:

GROUND THREE: Violation of, miscellaneos Provisions, A. (Arrest and Hearing Based on information from Confidential Sources) (see Attached page: #2)

SUPPORTING FACTS:

Ground Four: Violation of, 8th Amendment, Const. U.S.A. Cruel and Unusual Punishment. (see Attached page #3)

Supporting Facts:

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Expunge Disciplinary Report (Form 225B) of this matter "Assault on Another Inmate" from my (Antonio Walker #207198) Records. (The Plaintiff)

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
                     (Date)

_____
Signature of plaintiff(s)

4

<u>Violation of Procedures before, during, and after hearing. Admin. Regulation #403 Section III, V, IV.</u>

<u>Supporting Facts:</u>

1. Violation occured at 7:12 p.m. 9/5/06 at staton health care (disciplinary hearing). According to the administration Reg.#403 Sec. III, B. "Wardens, personnel who have formed an opinion of the innocence or guilt of the charged inmate, Arresting Officer, and Witnesses may not serve as hearing officer."

   In fact, Sgt. C.T. Jenkins COII of Staton C.C. was present at Elmore Sept 3rd 2006 At the time of investigation pertaining to the charge and Arrest of Plaintiff. Sgt. C.T. Jenkins COII did ask plaintiff (Antonio Walker) if he did it, and why is there blood on his shoes. This constitutes Sgt. C.T. Jenkins as a Witness, and prohibits him from Serving as a hearing officer, although he was.

2. I, the plaintiff (Antonio Walker) whom is a inmate, and all other parties involved at the hearing held on 9/5/06 7:12 p.m. at staton health care where not sworn under oath to testify truthfully as stated in Admin. Reg #403 IV. Section E.

3. According to Admin. Reg.#403, V. Section A. "A condensed version of all pertinent testimony typed on form 225 B using additional pages if necessary," should have been included on said form 225 B. There is concern in this matter by plaintiff to why there is no continuence of his testimony made available for the final determination by Warden or his/her designee.

4. Plaintiff was "transferred" from Elmore Cor. facility to Staton health care unit (Segregation cell), denying plaintiff the tools with which to present his defense, i.e. paper, pen, copy of Plaintiffs "body chart" as evidence to support the Plaintiffs statement.

<u>Violation of Miscellaneous Provisions, A.2,3 (Arrest and hearing based on information from Confidential Sources).</u>

<u>Supporting Facts:</u>

1. Violation of 'Miscellaneous' Provision occured at hearing on 9/5/06 at 7:12 p.m., Staton health care. According to Administration Regulation #403 VI A.2. "The facts obtained from Confidential Source(s) will be presented verbally at the hearing by the person recieving the information from the Confidential Source."

Arresting Officer (Mark Lomax CO II) of Elmore C.C., testified at hearing that plaintiff (Antonio Walker) was "identified" by several inmates, and to coroberate their testimony they (the inmates) also gave the "location of the weapon". This testimony was used in the finding facts, to find the plaintiff (Antonio Walker) Guilty, when in fact, the Sources testimony is not reliable since no "Weapon" was located at said location to use as evidence against plaintiff; Sources testimony was not fact. I, Antonio Walker (the plaintiff), conclude that based upon Admin. Reg, #403 VI A.3. "No decision in A disciplinary proceeding may be based upon information from an undisclosed informant unless there is Coroberating information or evidence or unless the reliability of the source satisfies the Hearing Officer that the information is <u>True</u>. The basis for accepting the Source as reliable should be indicated in Item 18 on form 225 B". None was indicated in item 18 on form 225 B. Thus, Violating Due Process.

Page #2 (cont.)

2. The Courts said that the determination of reliability of an informant must be made by the hearing officer (COII Sgt. C.T. Jenkins) and not by the charging officer, and a mere statement by the charging officer that the informant had previously proven reliable is insufficient. Also, A hearing officer, in making a determination of a confidential informants reliability, cannot rely solely on another assessment of an informants credibility or on a third party's testimony that the confidential informant had previously proven reliable.

<u>Violations of, 8th Amendment, Const. U.S.A.</u>
<u>"Cruel and Unusual Punishment"</u>

1. As a result of the hearing Officers (Sgt. C.T. Jenkins) decisions to find plaintiff (Antonio Walker #207188) Guilty of Assault on Another Inmate (on the hearing date 9/5/06), blatantly violating the Plaintiff's rights of Due process; Sanctions where imposed upon the plaintiff by the hearing officer that has Significant Collateral affects "pshychologicaly", i.e., 18 months Segregation in Kilby Correctional Facility's "lock-up", Custody level upgrade to "Max" from minimum, and disciplinary dicision could possibly influence a subsequent parole determination.

2. Plaintiff concludes that the defendants whom took part in this disciplinary procedure from the date Sept, 3, 2006 to the date Sept, 5, 2006 (Sgt mark lomans, COII.(Arresting officer), Lt. Rogers, COSI (serving officer), Sgt C.T. Jenkins COII (hearing officer), and Capt. W.J. Moore;(Wardens designee to final decision); used "reckless conduct" in the arrest, serving, hearing and final decision procedure of disciplinary action upon plaintiff violating his 8th Amendment rights of the constitution of the United States of America; "Cruel and unusual Punishment".

Exhibit #4

staton

90 days

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

DOC Form 225B (Revised 1/30/2003)

ECC 1314B

1. INMATE: Walker, Antonio    CUSTODY: Min    AIS NO.: B207188

2. FACILITY: Elmore Correctional Center

3. The above named inmate is being charged by **Sgt. Mark Loman** with violation of rule **#31**, specifically **Assault On Another Inmate** from regulation # **403**, which occurred on or about **September 3**, 2006 at (time) **9:00 pm** (am / pm), Location: **A2 Dorm**. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **Investigation revealed that on 9-3-06, at approx. 9:00 pm, in A2 Dorm, inmate Antonio Walker B207188, assaulted inmate John Eric Martinez W231777 with a pair of scissors causing extensive injury to inmate Martinez. Such action constitutes a violation of Rule #31, Assault On Another Inmate.**

Mark Loman, COII
Arresting Officer / Typed / Rank

_____ CO II
Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the **3RD** day of **September**, 2006, at (time) **11:45 PM**. (am/pm)

_Rogers_ COSI
Serving Officer / Signature / Rank

_Antonio Walker 207188_
Inmate's Signature / AIS Number

6. Witnesses desired?  NO _____   YES _Antonio Walker_
                         Inmate's Signature        Inmate's Signature

7. If yes, list: RICHARD HAMPTON B/243644

8. Hearing Date  9/5/06    Time  7:12 pm    Place  Staton Health Care

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is) ~~is not~~ capable of representing him/herself.

R. T. Jenkins Capt
Signature / Hearing Officer

11. Plea: _Antonio Walker_ (Not Guilty) _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

R. T. Jenkins Capt
Signature / Hearing Officer

13. Arresting Officer's testimony (at the hearing): Investigation revealed that on 9-3-06 at approx. 9:00 in A2 Dorm, inmate Antonio Walker, B-207188, assaulted inmate John Eric Martinez, W-23177 with a pair of scissors causing extensive injury to inmate Martinez. Such action constit a violation of Rule 31; Assault on Another Inmate. Inmate Walker also had abrasions to hands, chest, back and arms. Inmate Walker was also identified by several inmates that I spoke with at different times. At the time of questioning to coroberate their testimony' the inmates also gave the location of the weapon. Inmate Walker was positively identifie by inmate Martinez.

ENTERED IN COMPUTER
DATE: 9-11-06
SIGNED: RH

Annex C to AR 403 ( Page 1 of 3 pages )

14. **Inmate's Testimony:** On 9-3-06 at the time of the incident I was cutting inmate Richard Hampton hair. The Officer came in and told us to pack it up. I went and got on my bed. I sleep next to the guy that got cut. Blood was everywhere from where he was bleeding. They pick out some inmates from the Dorm, I was one of them. We went to the Shift Office. I was th 3rd one inside. Sgt. Loman saw blood on my clothes and shoes and handcuffed me. I had bl on my clothes because I slept next to the guy and he was bleeding everywhere.    (cont)

**Witness:** Richard Hampton 243104q    **Substance of Testimony:** On 9-3-06 between 8:00-9:00pm inmate Walker was cutting my hair. About 15 minutes into the haircut, Off. Bryant called smoke break. The smoke break lasted about 10 min. Inmate Walker came back and finished cutting my hair. I threw a little something for cutting my hair and he went to the   co

**Witness:** ___    **Substance of Testimony:** ___

**Witness:** ___    **Substance of Testimony:** ___

15. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

   _C.T. Jenkins 80__
   Signature / Hearing Officer

16. The Following witnesses were not called:    -    reason not called
   1. ___
   2. ___
   3. ___

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
   The Hearing Officer finds that: An investigation by Sgt. Loman revealed that on 9-3-06 at approx. 9:00pm in A2 Dorm, inmate Antwon Walker, B-207188 did assault inmate John Eric Martinez, W-231777 with a pair of scissors causing extensive injury to inmate Martinez. This actio places inmate Walker in violation of Rule 31; Assault on Another Inmate.

18. **Basis for Finding of Fact:** The testimony of Sgt. Loman (A.O.) and the lack of evidence present by inmate Walker and his inmate witness to prove otherwise.

19. **Hearing Officer's Decision:**    X   Guilty    ___ Not Guilty

20. **Recommendation of Hearing Officer:** Loss store,visitation,phone,pass-leave,TV-Radio-movie 90 Day Dis. Seg 45 days. Upgrade in Custody to Level V or closed at Level V. Refer to I-I for possible Free World prosecution. Sanctions to run consecutive with any others imposed.

   _C.T. Jenkins 80_
   Signature / Hearing Officer
   C.T. Jenkins, COII
   Typed Name and Title

21. **Warden's Action-Date** 8 Sept 2006
   Approved   Capt W J Ingell
   Disapproved
   Other (specify)

22. Reason if more then 30 calendar days delay in action.    ___

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this the _14th_ day of _Aug Sept_ 2005, at (time) _2:53_ (am/pm).

   _K-P- Co 1_                                       _____ 207188
   Signature / Serving Officer / Title                Inmate's Signature/AIS Number
                                                      Annex C of AR 403 (page 2 of 3 pages)

(Continuation Sheet) ADOC Form 225B, Alabama Department of Corrections Disciplinary Report (Optional)

Inmate Name & AIS # __Walker, Antonio B-207188__         Incident Report No. 1314B
Facility __ECC__

CONTINUED ARRESTING OFFICER'S (AO) STATEMENT AND/OR QUESTIONS BY HEARING OFFICER (QBHO) TO ARRESTING OFFICER:
Q. The inmate witness that you questioned, did they have first hand knowledge of the incident? A. Yes.
Q. Have any of the inmates questioned ever proved reliable in the past. A. Yes

CONTINUED INMATE'S STATEMENT AND/OR QUESTIONS BY HEARING OFFICER (QBHO) TO INMATE: bathroom, I went to the second row over from the barber's chair. I saw inmate Martinez walking down the aisle, bleeding, my homeboy said get somebody to wrap it up cause it was still bleeding. After that inmate Martinez went to the Cube, beating on the door but no one was there. They wrapped his leg up, sat him down in a chair and Sgt. Lom came in and locked down the Dorm.

CONTINUED WITNESS TESTIMONY (QBHO):
Q. Was inmate Walker cutting your hair at the time of the incident?
A. Around the time.
Q. Did inmate Walker seem to be having problems with any inmate at that time?
A. No Sir.

CONTINUED FINDINGS OF FACT:

CONTINUED BASIS FOR FINDINGS OF FACT:

CONTINUED HEARING OFFICER'S RECOMMENDATIONS:

OTHER: _____