# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

RECEIVED 2006 OCT -5 A 9: 22

CASE NUMBER: 2:06CV896-WKW

I, __Antonio F. Walker__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Kilby Correctional Facility__

   Are you employed at the institution? __No__ Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __N/A__

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☐ |
   | b. | Rent payments, interest or dividends | ☐ | ☐ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☐ |
   | d. | Disability or workers compensation payments | ☐ | ☐ |
   | e. | Gifts or inheritances | ☑ | ☐ |
   | f. | Any other sources | ☐ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   $20-30   BI - Annually

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_____    _____
Date                            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

| State of Alabama Unified Judicial System  Form C-10  Page 1 of 2   Rev. 2/95 | **AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER** | Case Number |
|---|---|---|

IN THE _U.S. District (middle)_ COURT OF _the middle District of_ ALABAMA
(Circuit, District, or Municipal)         (Name of County or Municipality)

STYLE OF CASE: _Antonio F. Walker_ v. _Mack Iomans, Off. Lt. Rogers, C.T. Jenkins, W.J. Moore_
                       Plaintiff(s)                                        Defendant(s)

TYPE OF PROCEEDING: _Civil_ _____ CHARGE(s) (if applicable): _____

[x] CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

[ ] CIVIL CASE--(such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the Court appoint one for me.

[ ] CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.

[ ] DELINQUENCY/NEED OF SUPERVISION - I am financially unable to hire an attorney and request that the Court appoint one for my child/me.

---

**SECTION I.**                              **A F F I D A V I T**

1. **IDENTIFICATION**
   Full Name _Antonio F. Walker_                                   Date of Birth _5-3-79_
   Spouse's Full Name (if married) _N/A_
   Complete Home Address _N/A_

   Number of People Living in Household _N/A_
   Home Telephone No. _N/A_
   Occupation/Job _N/A_                     Length of Employment _N/A_
   Driver's License Number _N/A_            * Social Security Number _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_
   Employer _N/A_                           Employer's Telephone No. _N/A_
   Employer's Address _N/A_

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply.)

   [ ] AFDC     [ ] Food Stamps     [ ] SSI     [ ] Medicaid     [ ] Other _____

3. **INCOME/EXPENSE STATEMENT**

   Monthly Gross Income:

   Monthly Gross Income                                                       $ _____
   Spouse's Monthly Gross Income (unless a marital offense)
   Other Earnings: Commissions, Bonuses, Interest Income, etc.                 _N/A_
   Contributions from Other People Living in Household
   Unemployment/Workmen's Compensation,
     Social Security, Retirement, etc.
   Other Income (be specific) _____

   **TOTAL MONTHLY GROSS INCOME**                                             $ _____

   Monthly Expenses:
     A. Living Expenses
        Rent/Mortgage                                                          $ _____
        Total Utilities: Gas, Electricity, Water, etc.
        Food
        Clothing                                                                _N/A_
        Health Care/Medical
        Insurance
        Car Payment(s)/Transportation Expenses
        Loan Payment(s)

| Form C-10 | AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER | Case Number |
|---|---|---|
| Page 2 of 2    Rev. 2/95 | | |

Monthly Expenses: (cont'd from page 1)
   Credit Card Payment(s)
   Educational/Employment Expenses
   Other Expenses (be specific) _____

N/A

   . Sub-Total                 A $_____

B.  Child Support Payment(s)/Alimony    $_____
     Sub-Total                 B $_____

C.  Exceptional Expenses    $_____

   TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)     $_____

Total Gross Monthly Income less total monthly expenses:
**DISPOSABLE MONTHLY INCOME**        $_____

4. LIQUID ASSETS:
   Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)    $_____

   Equity in Real Estate (value of property less what you owe)    N/A

   Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishings, jewelry, tools, guns less what you owe)

   Other (be specific) Do you own anything else of value? ☐ Yes ☐ No
   (land, house boat, TV, stereo, jewelry)
   If so, describe _____

   TOTAL LIQUID ASSETS     $_____

5. Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the Court or its authorized representative to attain records or information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the Court appoints an attorney to represent me, the Court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this
21st day of September, 19 2006

_Terry C. Woods_
Judge/Clerk/Notary

_Antonio F. Walker_
Affiant's Signature

_Antonio F. Walker_
Print or Type Name

**SECTION II.**            **ORDER OF COURT**

IT IS THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his defense; therefore, defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows: _____

☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____, 19 ____.

Judge