IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO F. WALKER, #207188 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-00896-WKW |
| | ) | (WO) |
| SGT. MARK LOMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On October 13, 2006, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case.

No objections were filed.  Upon an independent review of the file in this case and upon consideration

of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.      The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED; and

2.      This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 15th day of November, 2006.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE